IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| JAMIE JENKINS<br><br>    Plaintiff,<br><br>v.<br><br>STELLAR RECOVERY, INC.<br><br>    Defendant. | Civil Action File No.:<br>2:16-cv-00215-WCO-JCF |

## NOTICE OF SETTLEMENT

Plaintiff, Jamie Jenkins, hereby notifies the Court that a settlement of the above-referenced action has been reached with Defendant, Stellar Recovery, Inc. ("Stellar Recovery").  Plaintiff and Stellar Recovery anticipate needing approximately 45 days to document and conclude the settlement.  Plaintiff will thereafter file or otherwise move for a dismissal as to Stellar Recovery.  Accordingly, Plaintiff respectfully submits that this obviates the need for Stellar Recovery to file an answer, participate in the Rule 26(f) conference, or make any other Court required filings prior to dismissal.[1]

Respectfully submitted this 8th day of December, 2016.

---

[1] If, however, the settlement is not concluded within the next 45 days, Plaintiff will timely notify the Court.

**BERRY & ASSOCIATES**

*/s/ Adam Klein*
Adam Klein
Georgia Bar No.: 425032
AKlein@mattberry.com
2751 Buford Highway, Suite 600
Atlanta, GA 30324
Ph.    770-766-1230
Fax    678-383-2598

*Plaintiff's Attorney*

CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2016, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case.  I also served a copy of the foregoing document on Stellar Recovery via First-Class Mail, with adequate postage affixed thereto and addressed as follows:

Andrea Kast
Assurance Law Group
3731 Hendricks Avenue
Jacksonville, FL 32207

**BERRY & ASSOCIATES**

*/s/ Adam Klein*
Adam Klein
Georgia Bar No.: 425032
AKlein@mattberry.com

*Plaintiff's Attorney*