IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| JAMIE JENKINS, : | |
|     Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | NO. 2:16-cv-215-WCO-JCF |
| : | |
| STELLAR RECOVERY, INC., : | |
|     Defendant. : | |

### **ORDER**

The court has before it for consideration the magistrate judge's final report and recommendation ("R&R") dated January 30, 2017 [4]. On December 8, 2016, plaintiff filed a notice of settlement as to all pending claims and has taken no further action to date. The magistrate recommends dismissing the action subject to a right of any party to reopen within 60 days from this court's order if settlement is not consummated. No party has filed an objection.

After careful review of the record, and finding no objections filed, the court **APPROVES** and **ADOPTS** the R&R [4] as the order of this court. Accordingly, this action is hereby **DISMISSED with prejudice** subject to a 60-day right of any party from the date of this order to reopen the case if settlement is not consummated.

IT IS SO ORDERED, this 22nd day of February, 2017.

                                                      s/*William C. O'Kelley*
                                                    William C. O'Kelley
                                                    Senior United States District Judge